UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA PERKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS ORAL HEALTH CARE, INC., a Washington Corporation; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil No.   12-CV-1414-H (BGS)<br><br>**ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

On May 13, 2013, the parties appeared by telephone at the continued Early Neutral Evaluation Conference ("ENE"). (Doc. No. 17.) During the ENE, the parties informed the Court that a settlement has been reached. Therefore, IT IS HEREBY ORDERED that Plaintiff must file a motion for preliminary approval of the settlement no later than **May 27, 2013.**

DATED: May 13, 2013

                                          **BERNARD G. SKOMAL**
                                          United States Magistrate Judge