UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA PERKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS ORAL HEALTH CARE, INC., a Washington Corporation; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil No.   12-CV-1414-H (BGS)<br><br>**ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

On May 13, 2013, the Court ordered Plaintiff to file a motion for preliminary approval of the settlement no later than May 27, 2013.  (Doc. No. 18.) As May 27, 2013, is Memorial Day, IT IS HEREBY ORDERED that Plaintiff must file a motion for preliminary approval of the settlement no later than **May 28, 2013.**

DATED: May 24, 2013

**BERNARD G. SKOMAL**
United States Magistrate Judge