**LEGAL NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*Perkins v. Philips Oral Healthcare, Inc., et al.*
Case No. 12-CV-1414H BGS (S.D. Cal.)

**If you are a California resident who purchased a new Philips Sonicare AirFloss in California between January 1, 2011 and June 24, 2013, you may be entitled to a voucher from a proposed class action settlement.**

A proposed settlement has been reached in a class action lawsuit involving Philips Sonicare AirFloss products ("AirFloss") that were sold in California ("Proposed Settlement").  The lawsuit claims that Philips Oral Healthcare, Inc. and Philips Electronics North America Corporation (together, "Philips") violated certain California laws in the marketing and sale of AirFloss.  Philips denies these allegations, but has agreed to settle the lawsuit to avoid the costs and uncertainty of continued litigation.  The Proposed Settlement will provide vouchers to certain "Settlement Class Members" who submit a Proof of Claim Form ("Claim Form").  If you are a Settlement Class Member, you must submit a Claim Form to get a voucher.  Claim Forms can be obtained at www.PhilipsAirFlossSettlement.com or by calling 1-877-421-6828.  A California federal court (the Court") has authorized this notice.  Before any vouchers are provided, the Court will have a hearing to decide whether to approve the Proposed Settlement.

**Am I a Settlement Class Member?**  You are a Settlement Class Member if you are a California resident who purchased a new AirFloss in California between January 1, 2011 and June 24, 2013.

**What Does the Proposed Settlement Provide?**  The Proposed Settlement makes available valuable benefits in the form of transferrable vouchers that can be used for certain Philips- or Avent-branded products.  Visit www.PhilipsAirFlossSettlement.com to read more about the factors that determine the amount of the vouchers and which products can be purchased using the vouchers.

**What Are My Options?**  To receive benefits under the Proposed Settlement, you must accurately and completely fill out a Claim Form and return the completed Claim Form to the Settlement Administrator.

**To receive a copy of the full Notice of Class Action and Proposed Settlement ("Settlement Notice") and the Claim Form, please contact the Settlement Administrator** by mail at Philips AirFloss Settlement, c/o Dahl Administration, P.O. Box 3614, Minneapolis, MN  55403-0614; by phone at 1-877-421-6828; or by email at mail@PhilipsAirFlossSettlement.com.  The Settlement Notice and the Claim Form may also be downloaded from the Settlement Website, www.PhilipsAirFlossSettlement.com.

The completed and signed Claim Form *must be postmarked and sent to the Settlement Administrator by [date]*.  If you do not wish to be included in the Proposed Settlement, you may exclude yourself from the Settlement Class by notifying the Settlement Administrator in writing.  Any request for exclusion from the Settlement Class *must be postmarked or sent to the Settlement Administrator email by [date]*.  Or you may stay in the Settlement Class and object to any element of the Proposed Settlement by [date] in accordance with certain instructions from the Court. This process is described in greater detail on the Settlement Website.

**Do I Have a Lawyer in this Case?**  The Court assigned the following attorneys ("Class Counsel") to represent you and the other Settlement Class Members: Michael Ian Rott and Eric Overholt,  HIDEN, ROTT & OERTLE, LLP, 2625 Camino del Rio South, Suite 306, San Diego, CA  92108.

You will not be charged for these lawyers.  If you want to be represented by a different lawyer, you may hire one at your own expense.

You are also represented by the named Plaintiff, whom the Court assigned to serve as a "Class Representative" for you and the other Settlement Class Members.

The Court will hold a hearing in Courtroom 15A at the U.S. District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101 at [] a.m./p.m. on [date] to consider whether to approve the Proposed Settlement, and whether to grant Class Counsel's request for $114,500 in attorneys' fees and expenses and to pay $750 in an "incentive award" to the Settlement Class Representative, to which Philips does not object.  You do not have to attend the hearing.

For more information and details about the Proposed Settlement, visit the Settlement Website, www.PhilipsAirFlossSettlement.com, call toll free 1-877-421-6828, or write to Philips AirFloss Settlement, c/o Dahl Administration, P.O. Box 3614, Minneapolis, MN 55403-0614.

**Please do not contact the Court with questions about the Proposed Settlement.**
**CLAIM FORMS MUST BE POSTMARKED BY [date].**