PHILIPS AIRFLOSS SETTLEMENT
SETTLEMENT ADMINISTRATOR
C/O DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS MN 55403-0614

```
PRESORT
FIRST CLASS
U.S. POSTAGE
PAID
PERMIT NO. 17
FARIBAULT, MN
```

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

U.S. District Court for the Southern District of California
*Perkins* v. *Philips Oral Healthcare, Inc. et al.*, Case No. 12-CV-1414H BGS (S.D. Cal.)

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT.
YOUR LEGAL RIGHTS MIGHT BE AFFECTED BY THIS SETTLEMENT.
PLEASE READ THIS NOTICE CAREFULLY.**

You have been provided with this notice because you may be a California resident who purchased a new Philips Sonicare AirFloss ("AirFloss") in California between January 1, 2011 and June 24, 2013. This lawsuit claims that that Philips Oral Healthcare, Inc., et al. ("Philips") violated certain California laws in the marketing and sale of the AirFloss. Philips denies these claims. A Proposed Settlement in this lawsuit has been reached, subject to Court approval.

Under the Proposed Settlement, you may be entitled to benefits in the form of a Voucher for the purchase of certain Philips or Avent products. Visit the Settlement Website at www.PhilipsAirFlossSettlement.com to read more about the factors that determine the amount of the vouchers.

**To obtain benefits from this Proposed Settlement, you must submit a Claim Form, postmarked by [date]. Claim Forms can be found at the Settlement Website, www.PhilipsAirFlossSettlement.com or requested by calling 1-877-421-6828.**

If you want to request exclusion from the Class, you must exclude yourself from the Proposed Settlement by [date]. If you do not exclude yourself from the Settlement Class, you will be bound by the terms of the Proposed Settlement. If you stay in the Class, you may formally object to the Proposed Settlement by [date]. The Court will hold a hearing on [date] to consider whether to approve the Proposed Settlement, a request for incentive award for the Class Representative in the amount of $750, and a request of attorneys' fees and expenses of no more than $114,500.

**For more information go to www.PhilipsAirFlossSettlement.com or call 1-877-421-6828 or email mail@PhilipsAirFlossSettlement.com.**