**Email Subject:**  NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**Email Text:**

### U.S. District Court for the Southern District of California

### *Perkins* v. *Philips Oral Healthcare, Inc., et al.*, Case No. 12-CV-1414H BGS

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

### YOUR LEGAL RIGHTS MIGHT BE AFFECTED BY THIS PROPOSED SETTLEMENT.

### PLEASE READ THIS NOTICE CAREFULLY.

You have been provided with this notice because you may be a California resident who purchased a new Philips Sonicare AirFloss ("AirFloss") in California between January 1, 2011 and June 24, 2013.  This lawsuit claims that that Philips Oral Healthcare, Inc., et al. ("Philips") violated certain California laws in the marketing and sale of AirFloss.  A Proposed Settlement in this lawsuit has been reached, subject to Court approval.

Under the Proposed Settlement, you may be entitled to benefits in the form of a Voucher for the purchase of certain Philips or Avent products.  Visit the settlement website at www.PhilipsAirFlossSettlement.com to read more about the factors that determine the amount of the Vouchers.

**To obtain benefits from this Settlement, you must submit a Claim Form, postmarked by [date].  The Claim Form can be found at the settlement website, www.PhilipsAirFlossSettlement.com or requested by calling 1-877-421-6828 or emailing mail@PhilipsAirFlossSettlement.com.**

If you want to exclude yourself from the Settlement Class, you must request exclusion from the Proposed Settlement by [date].  If you do not exclude yourself from the Settlement Class, you will be bound by the terms of the Proposed Settlement.  If you stay in the Settlement Class, you may formally object to the Proposed Settlement by [date].  The Court will hold a hearing on [date] to consider whether to approve the Proposed Settlement, a request for an incentive award for the Class Representative in the amount of $750, and attorneys' fees and expenses of no more than $114,500.

**For more information go to www.PhilipsAirFlossSettlement.com or email mail@PhilipsAirFlossSettlement.com or call 1-877-421-6828.**

Do not reply to this email for additional information.  It was sent from an unattended mailbox and replies are not reviewed.