**Court Grants Preliminary Approval to a Class Action Settlement Related to the Philips Sonicare AirFloss**

For Immediate Release

SAN DIEGO, CALIFORNIA, [date] /PRNewswire - The law firm of HIDEN, ROTT & OETLE, LLP announces that on [date], the United States District Court for the Southern District of California granted preliminary approval to a proposed class action settlement with Philips Oral Healthcare, Inc. and Philips Electronics North America Corporation (together "Philips").  The Proposed Settlement resolves a lawsuit alleging that Philips violated California laws in the marketing and sale of the Philips Sonicare AirFloss ("AirFloss").

The Proposed Settlement would entitle qualifying Settlement Class Members who purchased a new AirFloss to receive a voucher for the purchase of certain Philips or Avent-branded products.  Only California residents who purchased a new AirFloss in California between January 1, 2011 and June 24, 2013 qualify for participation in this Proposed Settlement.

The Court has scheduled a hearing on [date] at [time] a.m./p.m. to determine whether to grant final approval to the Proposed Settlement.

To be eligible to receive the benefits made available pursuant to this Proposed Settlement, Settlement Class Members must submit to the Settlement Administrator a claim form that is postmarked by [date].

To obtain additional information about the Proposed Settlement, to determine whether your AirFloss purchase qualifies, or to obtain a claim form, you can visit the Settlement Website at www.PhilipsAirFlossSettlement.com.  You can also contact the Settlement Administrator by calling 1-877-421-6828, by writing to Philips AirFloss Settlement, c/o Dahl Administration, P.O. Box 3614, Minneapolis, MN 55403-0614, or by emailing mail@PhilipsAirFlossSettlement.com.

HIDEN, ROTT & OERTLE, LLP
Michael Ian Rott
Eric Overholt
2635 Camino del Rio South, Suite 306
San Diego, CA  92108


Contact: Michael Ian Rott, Eric Overholt, HIDEN, ROTT & OERTLE, LLP, (619) 296-5884.