Perkins v. Philips Oral Healthcare, Inc., et al.
United States District Court – Southern District
Case No. 12-cv-1414H-BGS

PROOF OF SERVICE

I, Eric M. Overholt, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 2635 Camino del Rio South, Suite 306, San Diego, California 92108.

On May 28, 2013, I served the following documents:

**1. Notice of Motion and Motion For Preliminary Approval of Class Action Settlement**

on the interested parties in this action by sending a true copy as follows:

CM/ECF
Sullivan & Cromwell, LLP
Attn.: Brian England
1888 Century Park E
Los Angeles, CA 90067

(x) BY Email/ECF. By electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them via email as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that I am employed in the office as a member of the bar of this Court.

Executed May 28, 2013 at San Diego, California.

By: ___/s/ Eric M. Overholt_____
            Eric M. Overholt

1
PROOF OF SERVICE