# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA PERKINS, on behalf of herself and all others similarly situated,<br><br>                                                        Plaintiff,<br>vs.<br><br>PHILIPS ORAL HEALTH CARE, INC., a Washington corporation; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>                                                        Defendants. | CASE NO. 12-CV-1414 H (BGS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' JOINT MOTION TO SUPPLEMENT THE COURT'S PRELIMINARY APPROVAL ORDER**<br><br>[Doc. No. 25] |

      On July 17, 2013, the parties filed a joint motion to supplement the Court's July 11, 2013, order preliminarily approving class settlement, certifying a class for settlement purposes, appointing a class representative and class counsel, approving class notice, and scheduling a final fairness hearing for November 4, 2013 ("Preliminary Approval Order"). (Doc. No. 25.) Specifically, the parties request that the Court supplement the preliminary approval order with several settlement-related provisions. (Id.)

The Court concludes that the parties have shown good cause to supplement the preliminary approval order to include a schedule of deadlines related to the upcoming final fairness hearing. (Doc. No. 25 ¶15.) Accordingly, the Court supplements the preliminary approval order as follows:

- The last day to complete class notice (the "Notice Date") is **August 26, 2013**.
- The last day for class members to request exclusion from the settlement class or object to the settlement (the "Opt-Out and Objection Date") is **October 14, 2013**.
- The last day for responses to any objections to the settlement and/or fee application is **October 24, 2013**.
- The last day to submit claims to the claims administrator is **January 20, 2014**.

The parties have not submitted any authority showing that it is appropriate or required for a court to include the other settlement-related provisions in an order preliminarily approving a class action settlement. As such, the Court concludes that the parties have not shown good cause to supplement the Court's preliminary approval order with paragraphs one through fourteen of their joint motion. Accordingly, the Court grants in part and denies in part the parties' joint motion to supplement the Court's preliminary approval order.

**IT IS SO ORDERED.**

DATED: July 19, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT