1
2
3
4
5

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA PERKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>PHILIPS ORAL HEALTH CARE, INC., a Washington Corporation; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 12-CV-1414-H (BGS)<br><br>**ORDER VACATING HEARING ON ATTORNEYS' FEES** |

On November 6, 2013, the Court issued an order granting final approval of the class settlement and granting Plaintiffs' request for attorneys' fees, costs, and a service award. (Doc. No. 45.) The Court set a hearing for Tuesday, February 18, 2014 at 10:30 a.m. to determine appropriate contingency fees for Plaintiffs' counsel. (Id.) On January 2, 2014, the Court issued a final judgment, while reserving jurisdiction to determine appropriate contingency fees. (Doc. No. 48.)

///
///
///
///

- 1 -

On January 21, 2014, Plaintiffs' counsel filed a notice stating that class counsel does not seek any additional contingency fees. (Doc. No. 49.) Accordingly, the Court vacates the hearing scheduled for Tuesday, February 18. All other provisions of the Court's final judgment remain in effect. (Doc. No. 48.)

**IT IS SO ORDERED.**

DATED: January 24, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT